STEPHANIE HINDS
Acting United States Attorney
PETER K. THOMPSON, HIBN 5890
Acting Regional Chief Counsel
TIMOTHY R. BOLIN, CABN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (510) 970-4806
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GUSMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 5:21-cv-03118-VKD<br><br>ORDER RE<br>JOINT STATUS REPORT AND<br>STIPULATION TO AN EXTENSION<br>OF TIME<br><br>Re: Dkt. No. 16 |

    Pursuant to the Court's order of January 18, 2022, the parties submit this status report and stipulate to an extension of time for Defendant to respond to Plaintiff's motion for summary judgment. This is Defendant's first request for an extension of time in which to respond to Plaintiff's motion for summary judgment.

    Defendant needs more time because, due to the pandemic, her undersigned attorney was on unplanned, extended leave beginning in October 2021 and lasting into January 2022. Counsel returned to work (virtually) at the Office of the Regional Chief Counsel, Region IX just last week. Due to the

unprecedentedly high volume of Region IX's program litigation cases, as well as the extended leave of other Region IX attorneys due to illness, maternity and paternity leave, and military obligations, this case may need to be reassigned, perhaps to the additional staff who are expected later in January. Counsel also needs time to determine whether the underlying administrative proceedings warrant voluntary remand of this case.

     For these reasons, Defendant respectfully seeks an extension up to and including February 17, 2022, in which to respond to Plaintiff's motion for summary judgment. This request is made in good faith, with no intent to delay proceedings unduly.

.

                                               Respectfully submitted,

Date: *January 21, 2022*                */s/ Katherine Rose Siegfried*
                                            KATHERINE ROSE SIEGFRIED
                                            Attorney for Plaintiff

Date: *January 21, 2022*                STEPHANIE HINDS
                                            Acting United States Attorney

                                             */s/ Timothy R. Bolin*
                                            TIMOTHY R. BOLIN
                                            Special Assistant United States Attorney
                                            Attorneys for Defendant

[PROPOSED] ORDER

Pursuant to the foregoing joint stipulation to an extension of time, and for cause shown, THE COURT ORDERS that Defendant shall have until February 17, 2022, to file a response to Plaintiff's motion for summary judgment, with all subsequent deadlines per the Court's procedural order also extended accordingly.

Date:  January 24, 2022

_____
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge